UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No. 2:13CR495-02 (ES) |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| TERESA GIUDICE | |

The undersigned hereby consents to the substitution of Stacy Ann Biancamano, Esq., Biancamano Law, LLC as attorneys for Teresa Giudice in the above-captioned proceeding.

**KROVATIN KLINGEMAN LLC**
60 Park Place #1100
Newark, NJ 07102

By: _[signature]_
Henry E. Klingeman
Withdrawing Counsel

Dated: 10/20/14

**BIANCAMANO LAW, LLC**
560 Main Street
Chatham, NJ 07928

By: _[signature]_
Stacy Ann Biancamano
Superseding Attorney

Dated: 10/20/2014