PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Teresa Giudice                                                    Cr. No. 13-00495-002
                                                                                                                                 PACTS No. 67647

Name of Sentencing Judicial Officer:     THE HONORABLE ESTHER SALAS
                                                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/02/2014

Original Offense: Conspiracy to Commit Mail and Wire Fraud; Concealment of Assets; False Oaths; False Declarations

Original Sentence: 15 months imprisonment, 24 months supervised release

Special Conditions: $400 Special Assessment, $8,000 Fine, $414,588.90 in Restitution, Cooperate with the IRS, No New Debt/Credit, Self-Employment/Business Disclosure, Maintain Separate Personal/Business Accounts

Type of Supervision: Supervised Release                  Date Supervision Commenced: 02/05/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

*The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.*

On September 14, 2016, in New York, New York, the offender was issued a traffic ticket by the Port Authority Police Department for making an illegal turn. Ms. Giudice did not report this contact with law enforcement to the Probation Office within 72 hours, as required. In response, the offender (and her attorney) were notified in writing that all future contacts with law enforcement, even for traffic matters, must be reported to the Probation Office as soon as possible, or at least within 72 hours.

On April 20, 2017, in Wayne, New Jersey, Ms. Giudice was issued a traffic ticket by local police for use of a handheld cellular phone while operating a motor vehicle. The offender did not report this contact with law enforcement to the Probation Office.

U.S. Probation Officer Action:

If signed and approved by the Court, the Probation Office will present this petition to Ms. Giudice as a formal written reprimand. She will also be notified that any future noncompliance will result in the issuance of a violation petition.

Respectfully submitted,


By: Donald L. Martenz, Jr.
    Supervising U.S. Probation Officer
Date: 04/28/2017

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ This document will serve as an official written reprimand issued under the authority of the Court

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

_____
Date
May 3, 2017