

# U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*                                     *973-645-2700*
*Newark, New Jersey 07102*

January 22, 2021

United States District Court
Clerk's Office
Attn:  Michael Dixon
King Federal Building & US Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:  United States v. Teresa Giudice
           <u>Crim No. 13-495</u>

Dear Mr. Dixon:

    This matter has been completed with respect to defendant Teresa Giudice. Please cancel your Personal Recognizance Bond no. NEW4534 for $500,000.00, which was filed on July 30, 2013 and recorded in the venue of Newark as follows:

        Judgment No:     RG-064534-0000
        Date Entered:     08/21/13
        Date Filed:       07/30/13
        Amount:           $500,000.00
        Creditor:         United States of America
        From:             Teresa Giudice

    Any judgments or liens associated with this recognizance bond may be cancelled of record.  Thank you for your assistance.

                                        Respectfully submitted,

                                        RACHAEL A. HONIG
                                        Acting United States Attorney

                                        s/Jonathan W. Romankow

                              By: JONATHAN W. ROMANKOW
                                        Assistant U.S. Attorney