PHILIP R. SELLINGER
UNITED STATES ATTORNEY
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NJ  07102
Tel. 973-645-2829
Fax. 973-645-3210
email: Jordan.Anger@usdoj.gov

February 3, 2022

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> *Plaintiff,* <br><br> v. <br><br> **TERESA GIUDICE,** <br><br> *Defendant,* | Hon. ESTHER SALAS <br><br> Criminal No. 13-495 <br><br> **SATISFACTION OF JUDGMENT** |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record for any special assessment, fine and/or restitution only, as to defendant, Teresa Giudice. This satisfaction of judgment does not satisfy any forfeiture judgment imposed in this case.

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By:　　s/JORDAN M. ANGER
　　　　JORDAN M. ANGER
　　　　ASSISTANT U.S. ATTORNEY